# Exhibit A

Kane County Circuit Court    THERESA E. BARREIRO    ACCEPTED: 6/1/2026 2:07 PM    By: DH    Env #38310163

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR KANE COUNTY, ILLINOIS

| | | |
|---|---|---|
| RWI HOLDINGS, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:   **2026-LA-000300** |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| THE CHARTER OAK FIRE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**Clerk of the Circuit Court
Kane County, Illinois**

**5/29/2026 9:38 AM**

**FILED/IMAGED**

## COMPLAINT

**COMES NOW**, the Plaintiff RWI HOLDINGS, INC. ("Plaintiff"), by through its undersigned counsel, The Law Offices of Frederick W. Nessler & Associates, PLLC., and in complaining of the Defendant, THE CHARTER OAK FIRE INSURANCE COMPANY (hereinafter "Defendant"), allege and state as follows:

## PARTIES AND VENUE

1.      At all times material hereto, Plaintiff owned real property located at 600 S. Lake Street, Aurora, Illinois 60506-5582.

2.      At all times material hereto, Defendant, was a for-profit corporation who engaged in the business of providing insurance coverage to property owners located in Kane County, Illinois.

3.      Venue is proper pursuant to 735 ILCS 5/2-101 as the disputes at issue occurred in Kane County, Illinois.

## GENERAL ALLEGATIONS

4.      Plaintiff is the owner of real and personal property located at 600 S. Lake Street, Aurora, Illinois 60506-5582 (the "Property").

1

See case management info on page 2

5. In consideration of the premiums paid by Plaintiff to Defendant, Plaintiff maintained a policy of insurance covering the Property for wind, water intrusion, and/or hail damages with Defendant, policy number Y-630-3J737663-COF, beginning January 1, 2024, and ending January 1, 2025, (the "Policy"). Plaintiff has requested a copy of the subject Policy from Defendant; however, Defendant has not yet produced same. Plaintiff will request a copy of same via discovery in this matter.

6. On or about April 4, 2024, Plaintiff's Property was damaged as a result damaging wind, water intrusion, and/or hail.

7. Plaintiff promptly notified Defendant of the loss.

8. Defendant accepted coverage of Plaintiff's claim and assigned claim number FYC1754 to said claim.

9. Shortly after being notified of the loss, Defendant inspected the subject Property and provided a minimal, undisputed payment.

10. Defendant's initial undisputed payment does not take into account the totality of all repairs needed at the subject Property.

11. Specifically, Defendant has failed to take into account the extensive amount of damage to Plaintiff's roofing system, which is no longer to function as it was initially intended to as a result of the subject loss.

12. All conditions precedent to obtaining coverage for the subject loss have been complied with, met, or waived.

## COUNT I – BREACH OF CONTRACT

13. Plaintiff re-alleges and re-incorporates Paragraphs 1 through 12 above as if fully set forth herein.

NOTICE

BY ORDER OF THE COURT THIS CASE IS HEREBY SET FOR CASE MANAGEMENT CONFERENCE BEFORE

Clancy Boles, Susan   ON

FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED

please see our website for the court date at https://kanecoportal.co.kane.il.us/portal

2

14.     Plaintiff and Defendant are parties to a valid and binding contract for insurance which requires Defendant to provide benefits to Plaintiff in the event of a covered loss to the Property.

15.     Upon information and belief, Plaintiff has suffered a covered loss under the Policy.

16.     Defendant refuses to provide benefits due to Plaintiff to restore the Property to its pre-loss condition.

17.     Defendant has breached the Policy by failing to pay for all benefits to which Plaintiff is entitled to for the loss.

18.     Plaintiff has been damaged by Defendant's breach of the insurance contract.

19.     Plaintiff is entitled to compensation for Defendant's breach of contract.

**WHEREFORE**, Plaintiff, RWI HOLDINGS, INC., demands judgment against Defendant, THE CHARTER OAK FIRE INSURANCE COMPANY, for:

A.  All damages to which Plaintiff is entitled, and

B.  Any such other relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Dated:  May 29, 2026.

**RWI HOLDINGS, INC., Plaintiff**

By*:  /S/Damian S. Sullivent*
One of their Attorneys

Damian S. Sullivent, Esq.
ARDC No. 63040449
NESSLER & ASSOCIATES, LTD.
1600 West Bay Drive
Largo, Florida 33770
727-333-3093 (Office)
727-333-7116 (Fax)
dsullivent@nesslerlaw.com
pware@nesslerlaw.com
polson@nesslerlaw.com

3

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois courts.
**Forms are free at ilcourts.info/forms.**

| | | |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT** <br><br> Kane _____ **COUNTY** | **SUMMONS** | *For Court Use Only* <br><br> *Clerk of the Circuit Court Kane County, Illinois* <br><br> **5/29/2026 9:38 AM** <br><br> FILED/IMAGED |

| | |
|---|---|
| **Instructions ▼** | RWI Holdings, Inc. _____ |
| Enter above the county name where the case was filed. | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | v. |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)* <br> The Charter Oak Fire Insurance Company _____ |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

**2026-LA-000300**
_____
**Case Number**

---

# IMPORTANT: You have been sued.

- Read all documents attached to this *Summons*.

- You MUST file an official document with the court within the time stated on this *Summons* called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees*.

- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

---

**Plaintiff/Petitioner:**

**Do not use this form** in these types of cases:

| | | |
|---|---|---|
| • All criminal cases | • Administrative review cases | • Adult guardianship |
| • Detinue | • Eviction | • Foreclosure |
| • Order of protection | • Stalking no contact orders | • Civil no contact orders |
| • Divorce | • Paternity | • Small Claims |

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

---

SU-S 1503.6            Page 1 of 5            (03/24)

<table>
<tr><td>

In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.

</td><td>

**1. Defendant/Respondent's address and service information:**

a. Defendant/Respondent's primary address/information for service:

Name *(First, Middle, Last)*: The Charter Oak Fire Insurance Company

Registered Agent's name, if any:

Street Address, Unit #: One Tower Square

City, State, ZIP: Hartford CT 06183

Telephone:      Email:

</td></tr>
</table>

In **1b**, enter a second address for the first Defendant/ Respondent, if you have one.

b. If you have more than one address where Defendant/Respondent might be found, list that here:

Name *(First, Middle, Last)*: c/o Illinois Department of Insurance

Street Address, Unit #: 320 West Washington Street

City, State, ZIP: Springfield, IL 62787

Telephone:      Email:

In **1c**, check how you are sending your documents to this Defendant/ Respondent.

c. Method of service on Defendant/Respondent:

☐ Sheriff      ☐ Sheriff outside Illinois: _____

*County & State*

☐ Special process server      ☐ Licensed private detective

---

Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached.

☐ **I am serving more than 1 Defendant/Respondent.**

I have attached _____ *Additional Defendant/Respondent Address*

*Number*

*and Service Information* forms.

In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property.

**2. Information about the lawsuit:**

a. Amount claimed: $ 1,361,916.62

☐ b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

In **3**, enter your complete address, telephone number, and email address, if you have one.

**3. Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*: RWI Holdings, Inc c/o Damian Sullivent, Esquire

Street Address, Unit #: 1600 West Bay Drive

City, State, ZIP: Largo, FL 33770

Telephone: (727) 333-7093      Email: dsullivent@nesslerlaw.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

---

**Important information for the person getting this form**

You have been sued. Read all of the documents attached to this *Summons*.
To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms.

---

Check **4a** or **4b**. If Defendant/ Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.

**4. Instructions for person receiving this *Summons (Defendant)*:**

☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service)* by e-filing or at:

Address: 540 S Randall Rd

City, State, ZIP: St. Charles, IL 60174

---

In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*.

In **4b,** fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

☐  b.   Attend court:

On: _____ at _____ ☐ a.m. ☐ p.m. in _____
  *Date*                                      *Time*                                              *Courtroom*

**In-person at:**

_____
*Courthouse Address*          *City*                              *State*          *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance")**:**

By telephone: _____
  *Call-in number for telephone remote appearance*

By video conference: _____
  *Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk _____ or visit their website
  *Circuit Clerk's phone number*

at: _____ to find out more about how to do this.
  *Website*

**STOP!**
The Circuit Clerk will fill in this section.

5/29/2026 9:38 AM

**Witness this Date:** _____

*Seal of Court*

**Clerk of the Court:** *[signature]*

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____
  *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

2026-LA-000300

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| | | |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT**<br><br>Kane  **COUNTY** | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION** | *For Court Use Only* |

| **Instructions** | |
|---|---|
| Enter above the county name where the case was filed. | RWI Holdings, Inc. <br> **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. <br><br> The Charter Oak Fire Insurance Company <br> **Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

**2026-LA-000300**

**Case Number**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
☐ Male ☐ Female ☐ Non-Binary Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____
And left it with: _____
*First, Middle, Last*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: _____ Race: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the
above address on this date: _____ .

☐ On the Corporation's agent, _____
*First, Middle, Last*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

SU-S 1503.6                    Page 4 of 5                    (03/24)

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____

*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

**DO NOT** complete this section. The sheriff or private process server will complete it.

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

Under the Code of Civil Procedure, [735 ILCS 5/1-109](#), making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

_____

*Signature by:* ☐ Sheriff
              ☐ Sheriff outside Illinois:

_____

*County and State*
☐ Special process server
☐ Licensed private detective

_____

*Print Name*

**FEES**

Service and Return: $ _____
Miles _____ $ _____
Total $ _____

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

| Print Form | Save Form | Reset Form |

Kane County Circuit Court    THERESA E. BARREIRO    ACCEPTED:  6/1/2026 2:07 PM    By: DH    Env #38310163

*Theresa Barreiro*
Clerk of the Circuit Court
Kane County, Illinois

**5/29/2026 9:38 AM**

FILED/IMAGED

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR KANE COUNTY, ILLINOIS

| | | |
|---|---|---|
| RWI HOLDINGS, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2026-LA-000300 |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| THE CHARTER OAK FIRE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(B)

Pursuant to Supreme Court Rule 222(B), counsel for the above-named Plaintiff certifies

that Plaintiff seeks money damages in excess of Fifty Thousand and Zero Dollars ($50,000.00).

Dated:  May 29, 2026.                    **RWI HOLDINGS, INC., Plaintiff**

By*: /S/Damian S. Sullivent__*
One of their Attorneys

Damian S. Sullivent, Esq.
ARDC No. 63040449
NESSLER & ASSOCIATES, LTD.
1600 West Bay Drive
Largo, Florida 33770
727-333-3093 (Office)
727-333-7116 (Fax)
dsullivent@nesslerlaw.com
pware@nesslerlaw.com
polson@nesslerlaw.com

4

Kane County Circuit Court    THERESA E. BARREIRO    ACCEPTED: 6/1/2026 2:07 PM    By: DH    Env #38310163

# JURY REQUEST (CIVIL)
## IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** Kane
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** RWI Holdings, INC.
*Who started the case.*    *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** The Charter Oak Fire Insurance
*Who the case was filed against.*    Company

*First, Middle, and Last Name, or Business Name*

Clerk of the Circuit Court
Kane County, Illinois

5/29/2026 9:38 AM

FILED/IMAGED

2026-LA-000300

_____
**Case Number**

---

> In some cases you can choose between a trial with a judge and a jury (a jury trial), or a trial with a judge only (a bench trial). If you would like a jury trial, you **must** file this *Jury Request* form. If you want a trial with a judge only (bench trial), do **not** file this *Jury Request* form.
>
> The deadline for filing a *Jury Request* is different depending on the type of case and your situation. If you are the plaintiff, usually you must file a *Jury Request* at the same time you file the case. If you are the defendant, usually you must file a *Jury Request* at the same time as your *Appearance*.

## 1. NAME & INFORMATION

*In **B**, check one box. The Plaintiff/Petitioner is the person who started the case. The Defendant/ Respondent is the person or business who the case was filed against.*

**A. My name:** RWI Holsings, INC. c/o Damian Sullivent, Esquire
*First, Middle, and Last Name*

**B. I am the:**

☑ Plaintiff/Petitioner    ☐ Defendant/Respondent

## 2. JURY REQUEST

*Check only one box. You do not have a right to jury trial in every case.*

**I would like a trial** with:

☐ A judge and a 6-person jury    ☑ A judge and a 12-person jury

---

*This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

2026-LA-000300

*Case Number:* _____



## SIGN

Under Illinois Supreme Court Rule 137, your signature means that:

1) I read the document, 2) believe it is true and correct, and 3) am not filing it to cause delay or for another bad reason.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Your Signature /s/ Damian S. Sullivent     Print Your Name Damian S. Sullivent

Your Phone Number (727) 333-7093     Attorney Number (if any) 630449

Your Email (if you have one) dsullivent@nesslerlaw.com

Your Address 1600 West Bay Drive Largo, FL 33770

    *Street, Apt. #*       *City*       *State*    *Zip Code*

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

## 3. PROOF OF DELIVERY

*Fill out the information below to show how you are sending the documents, under Rule 11, **to the other people in the case. If a person in the case has a lawyer, you must send the documents to their lawyer.***

**a.** I am sending this document to:

_____
   *Name of Documents*

**To:**

Name: _____
    *First*       *Middle*       *Last Name*

Address**:** _____
    *Street, Apt. #*       *City*       *State*     *Zip Code*

Email Address: _____

**By:** ☐ Electronically to the email address in **3a:**

    ☐ By email *(not through an EFSP).*

    ☐ Using an approved electronic filing service provider (EFSP).

☐ I or the person I am sending the document to do not have an email address. I am sending the documents by**:**

    ☐ Mail or third-party carrier to the address in **3a**, with postage or delivery charge prepaid.

       Location of mailbox or third-party carrier: _____
          *Address or Intersection*       *City*     *State*

    ☐ Personal hand delivery at this address:

    *NOTE: You can only deliver to the party, party's family member over 13 at party's residence, party's lawyer, or party's lawyer's office.*

       Address _____
          *Street, Apt. #*       *City*     *State*    *Zip Code*

    ☐ Mail to the address in **3a,** from a prison or jail: _____
          *Name of Prison or Jail*

**This document will be sent on:** Date: _____ Time: _____
          *Month, Day, Year*       *Include AM or PM*

2026-LA-000300

*Case Number:* _____

**b.** ☑ I am not sending these documents to additional people.

**- OR -**

☐ I am sending these documents to an additional person not listed in **3a:**

Name: _____
First                          Middle                          Last Name

Address**:** _____
Street, Apt. #                          City                          State          Zip Code

Email Address: _____

**By:** ☐ Electronically to the email address in **3b:**

☐ By email *(not through an EFSP).*

☐ Using an approved electronic filing service provider (EFSP).

☐ I or the person I am sending the document to do not have an email address. I am sending the documents by**:**

☐ Mail or third-party carrier to the address in **3b**, with postage or delivery charge prepaid.

Location of mailbox or third-party carrier: _____
Address or Intersection                          City          State

☐ Personal hand delivery at this address:

*NOTE: You can only deliver to the party, party's family member over 13 at party's residence, party's lawyer, or party's lawyer's office.*

Address _____
Street, Apt. #                          City                          State          Zip Code

☐ Mail to the address in **3b,** from a prison or jail: _____
Name of Prison or Jail

**This document will be sent on:** Date: _____ Time: _____
Month, Day, Year                          Include AM or PM

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

☐ I am sending the document to more than 2 people and have completed an *Additional Proof of Delivery* form.

---

## SIGN

Under 735 ILCS 5/1-109, your signature means that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

*If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.*

Your Signature /s/ Damian Sullivent          Print Your Name Damian Sullivent

Your Phone Number (727) 333-7093          Attorney Number (if any) 6340449

Your Email (if you have one) dsullivent@nesslerlaw.com

Your Address 1600 West Bay Dr Largo, FL 33770
Street, Apt. #                          City                          State          Zip Code

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

2026-LA-000300

*Case Number:* _____



# NEXT STEP FOR PERSON FILLING OUT THIS FORM:

After you fill out your forms, file them with the Circuit Clerk's office in the county where your case is taking place. Then, send your forms to the other people in the case. Find your Circuit Clerk: ilcourts.info/clerks.

 Learn more about each step in the process and how to file in our Instructions: ilcourts.info/how-to-appearance.

# NEXT STEP FOR PERSON RECEIVING THIS DOCUMENT:

For more information about going to court including how to fill out and file forms, call or text **Illinois Court Help** at 833-411-1121 or go to ilcourthelp.gov.

If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR KANE COUNTY, ILLINOIS

| | | |
|---|---|---|
| RWI HOLDINGS, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  **2026-LA-000300** |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| THE CHARTER OAK FIRE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

*Theresa E. Barreiro*
Clerk of the Circuit Court
Kane County, Illinois

**6/2/2026 1:25 PM**

**FILED/IMAGED**

## AMENDED COMPLAINT
### (*Amended only to correct scriveners' error*)

**COMES NOW**, the Plaintiff RWI HOLDINGS, INC. ("Plaintiff"), by through its undersigned counsel, The Law Offices of Frederick W. Nessler & Associates, PLLC., and in complaining of the Defendant, THE CHARTER OAK FIRE INSURANCE COMPANY (hereinafter "Defendant"), allege and state as follows:

### PARTIES AND VENUE

1.     At all times material hereto, Plaintiff owned real property located at 600 S. Lake Street, Aurora, Illinois 60506-5582.

2.     At all times material hereto, Defendant, was a for-profit corporation who engaged in the business of providing insurance coverage to property owners located in Kane County, Illinois.

3.     Venue is proper pursuant to 735 ILCS 5/2-101 as the disputes at issue occurred in Kane County, Illinois.

1

**GENERAL ALLEGATIONS**

4.     Plaintiff is the owner of real and personal property located at 600 S. Lake Street, Aurora, Illinois 60506-5582 (the "Property").

5.     In consideration of the premiums paid by Plaintiff to Defendant, Plaintiff maintained a policy of insurance covering the Property for wind, water intrusion, and/or hail damages with Defendant, policy number Y-630-3J737663-COF, beginning January 1, 2023, and ending January 1, 2024, (the "Policy"). A true and correct copy of the Policy is attached hereto as **Exhibit A.**.

6.     On or about April 4, 2023, Plaintiff's Property was damaged as a result damaging wind, water intrusion, and/or hail.

7.     Plaintiff promptly notified Defendant of the loss.

8.     Defendant accepted coverage of Plaintiff's claim and assigned claim number FYC1754 to said claim.

9.     Shortly after being notified of the loss, Defendant inspected the subject Property and provided a minimal, undisputed payment.

10.     Defendant's initial undisputed payment does not take into account the totality of all repairs needed at the subject Property.

11.     Specifically, Defendant has failed to take into account the extensive amount of damage to Plaintiff's roofing system, which is no longer to function as it was initially intended to as a result of the subject loss.

12.     All conditions precedent to obtaining coverage for the subject loss have been complied with, met, or waived.

2

## COUNT I – BREACH OF CONTRACT

13.     Plaintiff re-alleges and re-incorporates Paragraphs 1 through 12 above as if fully set forth herein.

14.     Plaintiff and Defendant are parties to a valid and binding contract for insurance which requires Defendant to provide benefits to Plaintiff in the event of a covered loss to the Property.

15.     Upon information and belief, Plaintiff has suffered a covered loss under the Policy.

16.     Defendant refuses to provide benefits due to Plaintiff to restore the Property to its pre-loss condition.

17.     Defendant has breached the Policy by failing to pay for all benefits to which Plaintiff is entitled to for the loss.

18.     Plaintiff has been damaged by Defendant's breach of the insurance contract.

19.     Plaintiff is entitled to compensation for Defendant's breach of contract.

**WHEREFORE**, Plaintiff, RWI HOLDINGS, INC., demands judgment against Defendant, THE CHARTER OAK FIRE INSURANCE COMPANY, for:

A.  All damages to which Plaintiff is entitled, and

B.  Any such other relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Dated:  June 2, 2026.                                        **RWI HOLDINGS, INC., Plaintiff**

By*: /S/Damian S. Sullivent*
One of their Attorneys

Damian S. Sullivent, Esq.
ARDC No. 63040449

3

NESSLER & ASSOCIATES, LTD.
1600 West Bay Drive
Largo, Florida 33770
727-333-3093 (Office)
727-333-7116 (Fax)
dsullivent@nesslerlaw.com
pware@nesslerlaw.com
polson@nesslerlaw.com